MILLER *et al.* v. THE STATE.

FISH, P. J.    1.  A motion for a new trial can not be amended in the Supreme Court by adding new assignments of error.

2.  When a designated portion of a charge contains several distinct propositions of law, one or more of which is correct in the abstract, a mere general assignment of error upon the whole of such portion of the charge is without merit.    *Anderson* v. *Southern Ry. Co.*, 107 *Ga.* 500.

3.  The evidence warranted the verdict, and the court did not err in refusing a new trial.          *Judgment affirmed.    All the Justices concur.*

Argued October 17, — Decided November 10, 1904.

Indictment for burglary.    Before Judge Seabrook.    Effingham superior court.    June 28, 1904.

*J. Hartridge Smith* and *Twiggs & Oliver*, for plaintiffs in error. *Livingston Kenan*, solicitor-general, contra.